Brian Del Gatto, Esq.
Arizona Bar No. 33591
Arman Nafisi, Esq.
Arizona Bar No. 30682
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
2720 E Camelback Road, Suite 200
Phoenix, AZ 85016-4308
Telephone:    (480) 562-3660
Facsimile:    (480) 562-3659
Brian.DelGatto@wilsonelser.com
Arman.Nafisi@wilsonelser.com
*Attorneys for Defendants*
*A.H. VOSS COMPANY and*
*VOSS INTERNATIONAL CORPORATION*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PHYLLIS MCFARLIN, individually and on behalf of the Estate of RICHARD MCFARLIN,<br><br>              Plaintiff,<br><br>v.<br><br>A.H. VOSS COMPANY, individually and as successor in interest to VOSS INTERNATIONAL CORPORATION; VOSS INTERNATIONAL CORPORATION, a foreign corporation; KUBOTA CORPORATION, individually and as successor in interest to KUBOTA IRON AND MACHINERY WORKS and KUBOTA AMERICA; KUBOTA IRON AND MACHINERY WORKS, a foreign corporation; KUBOTA AMERICA, a foreign corporation; and DOES 1 through 400, inclusive,<br><br>              Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)** |

Pursuant to 28 U.S.C. § 1441(b) and Fed. R. Civ. P. 81(c), Defendants A.H. VOSS COMPANY and VOSS INTERNATIONAL CORPORATION ("Defendants"), by and through their attorney of record, Wilson Elser Moskowitz Edelman and Dicker LLP, hereby petition this Court for the removal of the above-captioned case from the Superior Court of the State of Arizona, in and for the County of Maricopa, filed under Civil Action No.

CV2022-095496.

1.       Plaintiff filed a Complaint in the Maricopa County Superior Court, Arizona, Civil Division, on or about December 16, 2022, commencing the action *Phyllis McFarlin v. A.H.Voss Company, et al* (CV2022-095496). A copy of the Complaint is attached hereto as **Exhibit 1**.

2.       Defendants' Notice of Removal is timely, because Plaintiff served the complaint and summons on Defendants on January 3, 2023; within 30 days of this Notice of Removal.

3.       Defendants KUBOTA CORPORATION, KUBOTA IRON AND MACHINERY WORKS, and KUBOTA AMERICA have not been served and/or appeared in this action.

4.       As such, all Defendants who have been properly joined and served in this action to date consent to the removal of this action pursuant to 28 U.S.C. § 1441(b)(2)(A).

5.       This Court has diversity jurisdiction under 28 U.S.C. § 1332, as Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.00.

6.       Plaintiff is a citizen of Nevada. (Compl. at ¶ 1).

7.       Defendant A.H. Voss was a citizen of California by virtue of being incorporated in the state of California and having had its principal place of business in California. *See* 28 U.S.C.A. 1332(c)(1).

8.       Defendant Voss International Corporation was a citizen of Texas by virtue of being incorporated in the state of Texas and having had its principal place of business in Texas. *See* 28 U.S.C.A. 1332(c)(1).

9.       Plaintiff has alleged damages in this action that exceed $75,000.00. Plaintiff is widowed, formerly married to Richard McFarlin ("Decedent") and brings this action on behalf of herself and the Estate of Decedent. (Compl. at ¶¶ 1-2). Plaintiff's Complaint asserts claims of negligence, premises owner/contractor liability, loss of consortium, wrongful death, and punitive damages against Defendants. Compl. at ¶¶ 23-44, 64-109). Plaintiff's Complaint seeks damages for exposure of Decedent to asbestos allegedly caused by

Defendants. (Compl. at ¶ 20). Plaintiff further alleges that this asbestos exposure is directly related to asbestos related diseases suffered by Decedent. (Compl. at ¶ 21). Plaintiff further alleges that the Decedent died as a direct result of the exposure to asbestos. (Compl. at ¶ 22). Plaintiff further alleges as a result of Decedent's death, she suffered loss of consortium, including, loss of services, marital relations, society, comfort, companionship, love and affection of decedent, and severe mental and emotional distress and general nervousness. (Compl. at ¶ 103).

10. Without agreeing or admitting to the validity of Plaintiff's claims, Defendants acknowledge that the amount in controversy exceeds $75,000 pursuant to 28 U.S.C. §§ 1332(a)(2).

11. As such, all of the requirements for removal of the state court action to this court under 28 U.S.C. § 1446 have been met.

12. True and correct copies of all pleadings on file with the Superior Court of the State of Arizona, in and for the County of Maricopa, as attached hereto as **Exhibit 2**.

13. Defendants have filed a Notice of Filing Notice of Removal in the Superior Court of the State of Arizona, in and for the County of Maricopa. A true and correct copy of the Notice is attached as **Exhibit 3**.

WHEREFORE, Defendants respectfully request that this action be removed to this Court.

Dated: February 1, 2023   WILSON, ELSER, MOSKOWITZ,
            EDELMAN & DICKER LLP


        By:  */s/Arman Nafisi*
           BRIAN DEL GATTO, ESQ.
           ARMAN NAFISI, ESQ.
           Attorneys for Defendants
           A.H. VOSS COMPANY and
           VOSS INTERNATIONAL CORPORATION

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)
279252485v.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2023 the foregoing document entitled, **NOTICE OF REMOVAL** was e-filed and served via electronic service through the United States District Court for the District of Arizona's ECF System on the following person(s):

Jessica Clark, Esq.
Jacqueline Kochis-Chapman, Esq.
CHAPMAN & CLARK,
ATTORNEYS AT LAW, PLLC
PO Box 6021
Chandler, AZ 85246
P: 480.382.4647
F: 602.755.7044
Jessicachapmanclarklaw.com
Jacque@chapmanclarklaw.com
*Attorneys for Plaintiff*

By:   */s/Ashlynn Robbins*

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)
279252485v.1